UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ANTHONY KISER, etc., *et al.*, | ) | |
| Plaintiff, | ) | 2:11-cv-165-GMN-LRL |
| vs. | ) | |
| PRIDE COMMUNICATIONS, INC., *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion to Remove Case From Early Neutral Evaluation Program (#13).

The Court having reviewed the Motion (#13) and having been advised that Defendants have no objection to the motion and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Remove Case From Early Neutral Evaluation Program (#13) is **GRANTED**. An Early Neutral Evaluation hearing will not be held in this case.

DATED this  9th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge