UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>vs.                               )<br>                                  )<br>BRENT EDWARD LOVETT,             )<br>                                  )<br>        Defendant,               )<br>_____) | 2:11-cr-165-RLH-RJJ<br><br><br><br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Defendant Brent Edward Lovett's Request for a New Court Appointed Attorney (#37) filed pro per.

The Court having reviewed the Motion (#37) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing is scheduled for **March 26, 2012, at 10:30 AM** on Defendant Brent Edward Lovett's Request for a New Court Appointed Attorney (#37) filed pro per. The hearing will be held in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. S., Las Vegas, Nevada.

IT IS FURTHER ORDERED that Defendant Brett Edward Lovett is required to appear in court for this hearing.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on Defendant Brent Edward Lovett by certified mail, return receipt requested.

DATED this   15th   day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge