# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ANTHONY KISER, et al.,

    Plaintiffs,

vs.

PRIDE COMMUNICATIONS, INC., et al.,

    Defendants.

2: 11-cv - 00165-JCM-VCF

**ORDER**

[Non-Party Cox Communications Las Vegas, Inc.'s Motion for Leave to Appear by Telephone at August 23, 2012 Hearing (#84)]

    Before the Court is Non-Party Cox Communications Las Vegas, Inc.'s Motion for Leave to Appear by Telephone at August 23, 2012 Hearing (#84).

    On August 20, 2012, the Court granted attorney Annette A. Idalski, Esq.'s Verified Petition for Permission to Practice Pro Hac Vice (#82). On August 21, 2012, Cox Communications Las Vegas, Inc. ("Cox"), a non-party to the case, filed a motion seeking permission for its counsel, Annette Idalski, to appear telephonically at the August 23, 2012 hearing (#84) regarding Plaintiffs' Motion To Compel Non-Party Cox Communications Las Vegas, Inc.'s Compliance With a Subpoena Duces Tecum. (#72).

    IT IS HEREBY ORDERED that Non-Party Cox Communications Las Vegas, Inc.'s Motion for Leave to Appear by Telephone at August 23, 2012 Hearing (#84) is Granted.  Ms. Idalski may appear at the August 23, 2012 hearing telephonically and the call must be from a land line.  The call in number is 1-702-868-4911 and the passcode is 123456.

    IT IS FURTHER ORDERED that local counsel, Kathleen M. Paustian, Esq., or a member of her

firm, appear in person at the hearing.

DATED this 22nd day of August, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE