## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY KISER, *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) 2:11-cv-00165-JCM -VCF |
| | ) **MINUTE ORDER** |
| PRIDE COMMUNICATIONS, INC., *et al.*, | ) |
| Defendants. | ) |
| | ) Dated:  November 21, 2012 |

PRESENT:      THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:       Mai Tieu        RECORDER:       None

COUNSEL FOR PLAINTIFF(S):              None Appearing

COUNSEL FOR DEFENDANT(S):              None Appearing

    Before the court is plaintiffs' Motion To Partially Stay. (#95). No Opposition was filed, and in the parties' Stipulation (#96), defendants notified the court that they do not oppose the Motion to Partially Stay (#95).

    IT IS ORDERED that plaintiffs' Motion To Partially Stay (#95) is GRANTED.

    IT IS FURTHER ORDERED that the case is STAYED. Within thirty (30) days after the court issues its ruling on both the pending motion to compel (#78) and motion for class certification (#94), but no later than June 3, 2013, the parties must file a joint status report.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**