UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY KISER, | Case No. 2:11-CV-165 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| PRIDE COMMUNICATIONS, INC. and CRAIG LUSK, | |
| Defendant(s). | |

Presently before the court is plaintiff's and defendants' joint motion for an order for final approval of a class action settlement. (Doc. # 138).

This litigation commenced on December 22, 2010, in the Eighth Judicial District Court, Clark County, Nevada. Defendants removed the action to this court on January 31, 2011. The case involves class claims for allegedly unpaid overtime, minimum wages, other wages, and related claims for penalties arising from such alleged payment failures.

This court's August 2, 2014 order preliminarily approved the proposed class settlement and preliminarily granted class certification for settlement purposes only. (Doc. # 137). The order also appointed Rust Consulting as the settlement administrator and directed Rust Consulting to mail the notice of proposed class action settlement and a claim form to the settlement class members. (*See id.*).

Final approval of a class action settlement that would bind class members requires the court to hold a hearing and find that the proposed settlement is "fair, reasonable, and adequate." Fed. R. Civ. P. 23(e). Therefore, before the court can grant the parties' joint motion for an order for final approval of a class action settlement (doc. # 138), the court must set a final fairness hearing.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final fairness hearing as required by Federal Rule of Civil Procedure 23(e) is scheduled for January 13, 2015, at 10:30 a.m. in courtroom 6A.

IT IS FURTHER ORDERED that any class member wishing to be heard at the January 13, 2015, hearing shall file with the court any objections to this agreement and include any supporting papers or documents for the court's consideration no later than January 6, 2015.

DATED December 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -